UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DIEGO CISNEROS, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

    Plaintiff,

v.

RBT RESTAURANT LLC d/b/a MAIELLA,
CENTER BLVD RESTAURANT LLC
d/b/a AMERICAN BRASS,
ROBERT BRISKIN,
and TOMMY DEMARAS,

    Defendants.

Case No: 1:22-cv-01035

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Diego Cisneros and Aaron Campos hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated November 7, 2022, and annexed hereto as **Exhibit A**.

Dated: November 10, 2022

Respectfully submitted,

By: _____

C.K. Lee, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Douglas E. Rowe, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
516-296-7000
drowe@certilmanbalin.com
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.