UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DIEGO CISNEROS, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

      Plaintiff,

  v.

RBT RESTAURANT LLC d/b/a MAIELLA,
CENTER BLVD RESTAURANT LLC
d/b/a AMERICAN BRASS,
ROBERT BRISKIN, and TOMMY DEMARAS,

      Defendants.

Case No: 1:22-cv-01035

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Diego Cisneros and Aaron Campos (the "Plaintiffs") to take a judgment against them, in the sum of Twenty Thousand Dollars ($20,000.00), inclusive of legal fees, with respect to Plaintiffs' claims, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 7, 2022 and filed as Exhibit A to Docket Number 21;

**WHEREAS**, on November 10, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 21);

It is **ORDERED and ADJUDGED**, that judgment is entered in favor of Plaintiffs Diego Cisneros and Aaron Campos, in the sum of Twenty Thousand Dollars ($20,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 7, 2022 and filed as Exhibit A to Docket Number 21. The Clerk of Court is directed to close the case.

Dated: November 15, 2022
      Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT
BY: *Jalitza Poveda*
      Deputy Clerk